UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>TYLER BEAVIS,<br><br>      Defendant. | CASE NO. CR 15-121-RAJ<br><br>DETENTION ORDER |

<u>Offense charged</u>: Attempted Enticement of a Minor; Travel with Intent to Engage in a Sexual Act with a Minor

<u>Date of Detention Hearing</u>: April 15, 2015.

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

  1. In addition to the instant charges, defendant also has been charged in King County Superior Court with Rape of a Child in the 3rd Degree, Kidnapping in the 2nd Degree, and

DETENTION ORDER
PAGE - 1

Criminal Attempt, Sexual Motivation. These charges are pending, and are related to the instant offense.

2. Defendant was not interviewed by Pretrial Services. His background information is not known or verified. He was born in Ontario, Canada. Defendant does not contest entry of an order of detention.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 17th day of April, 2015.

                                              Mary Alice Theiler
                                              United States Magistrate Judge