JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-121-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATE |
| TYLER BEAVIS, | |
| Defendant. | |

THE COURT has considered the unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

ORDER TO CONTINUE TRIAL AND PRETRIAL
MOTIONS DATE
(Tyler Beavis, CR15-121-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  (d) the ends of justice will best be served by a continuance, and the ends of
2 justice outweigh the best interests of the public and the defendant in any speedier trial,
3 as set forth in 18 U.S.C. § 3161(h)(7)(A);
4  (e) the additional time requested between the current trial date of June 22, 2015,
5 and the new trial date is necessary to provide counsel for the defendant reasonable time
6 to prepare for trial considering counsel's schedule and all of the facts set forth above;
7 and
8  THE COURT NOW ORDERS that the trial date is continued to August 24,
9 2015.  All pretrial motions, including motions in limine, shall be filed no later than
10 July 23, 2015.
11  IT IS FURTHER ORDERED that the period of delay from the date of this order
12 to the new trial date of August 24, 2015 is excludable under 18 U.S.C. § 3161(h)(7)(A)
13 and (h)(7)(B)(ii), (iv).
14  DATED this 22nd day of May, 2015.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER TO CONTINUE TRIAL AND PRETRIAL
MOTIONS DATE
(Tyler Beavis, CR15-121-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**