The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-121RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |
| TYLER BEAVIS, | |
| Defendant. | |

THIS MATTER comes before the Court on the stipulated motion of the parties to continue the pretrial motion deadline.

The Court finding good cause, IT IS THEREFORE ORDERED that the stipulated motion to continue (Dkt #20) is GRANTED. All pretrial motions shall be filed no later than July 30, 2015.

DATED this 20th day of July, 2015.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
*United States v. Tyler Beavis/(CR15-121RAJ)*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970