The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> TYLER BEAVIS, <br><br> Defendant. | NO. CR15-121 RAJ <br><br> FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following property:

    a.    One black Samsung Galaxy model SM-N910WB cell phone.

On October 30, 2015, the Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant TYLER BEAVIS's interest in the above-listed property pursuant to Title 18, United States Code, Section 2428(a), based on TYLER BEAVIS's guilty plea to Travel with Intent to Engage in a Sexual Act with a Minor, in violation of Title 18, United States Code, Sections 2423(b), as charged in Count 2 of the Indictment.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice on an official internet government forfeiture website,

1 www.forfeiture.gov, starting on December 12, 2015 and running consecutively for thirty
2 days until its conclusion on January 10, 2016. *See* Docket No. 40. In the publication,
3 the United States published notice of the Preliminary Order of Forfeiture and the intent of
4 the United States to dispose of the property in accordance with law. This notice further
5 stated that any person other than the defendant having or claiming an interest in the
6 property was required to file a petition with the Court within sixty (60) days of the first
7 date of publication of the notice, setting forth the nature of the petitioner's right, title, and
8 interest in the property. *Id.*

       All persons and entities known to have an interest in the above-referenced property subject to forfeiture were given proper notice of the intended forfeiture.

       No petitioners or claimants have come forth to assert an interest in the other forfeited property, and the time for doing so has expired.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that the following property is fully and finally condemned and forfeited to the United States in its entirety:

    a.    One black Samsung Galaxy model SM-N910WB cell phone.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest in the above-described property shall exist in any other party.

The United States Department of Homeland Security, United States Secret Service, and/or its agents and representatives, is hereby authorized to dispose of the above-listed property in accordance with law.

The Clerk of the Court is hereby directed to send a copy of this Final Order of Forfeiture to all counsel of record and to send one (1) "raised seal" certified copy to the United States Attorney's Office.

DATED this 4th day of April, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge